IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID BROWN, on behalf of himself and
others similarly situated,

    Plaintiff,

vs.

KDL MANAGEMENT SERVICES, LLC.,
a Florida Limited Liability Company, and
RIVER OAKS OUTDOOR, LLC, a
Florida Limited Liability Company, and
WILLIAM I. KRIEG, Individually,

    Defendants.
_____/

CASE NO.  3:20-cv-00816

### NOTICE OF FILING NOTICE OF CONSENTS TO JOIN

Plaintiff, DAVID BROWN, gives notice of filing the attached Notice of Consents to Join executed by the following individuals:

1. HUMBERTO PALACIOS
2. CARLOS PELAGIO
3. JOSE PELAGIO-PALACIOS
4. CHARLEE PIRE

*See* attached as **EXHIBIT A.**

DATED the 22nd day of July 2020.

                                            Respectfully Submitted,
                                            **MORGAN & MORGAN, P.A**.
                                            **By:** ***/s/ Paul M. Botros, Esq***.
                                            Paul M. Botros, Esq.
                                            FBN 063365
                                            8151 Peters Road, Suite 4000
                                            Plantation, FL 33324
                                            Telephone:     (954) 318-0268
                                            Facsimile:      (954) 327-3017
                                            Email: pbotros@forthepeople.com

                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 22nd day of July 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Botros*
Paul M. Botros, Esquire