United States District Court
Middle District of Florida
Jacksonville Division

**DAVID BROWN, ON BEHALF
OF HIMSELF AND OTHERS SIMILARLY
SITUATED,**

    *Plaintiff,*

v.   NO. 3:20-cv-816-PDB

**KDL MANAGEMENT SERVICES, LLC, ETC.,**

    *Defendants.*

___

# Order

The parties participated in a settlement conference before the undersigned. Doc. 28. At the request of the parties, the Court conducted a fairness hearing by videoconference and approved the parties' settlement agreement as presented in open court and on the record, finding the agreement fair and reasonable in accordance with *Lynn's Food Stores, Inc. v. U.S. ex rel U.S. Dep't of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982). Based on the agreement of the parties, the Court **dismisses** the action with prejudice and retains jurisdiction until **December 31, 2021**, to enforce the terms of the settlement. The Court **directs** the clerk to close the file.

**Ordered** in Jacksonville, Florida, on June 22, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*